```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
```

| UNITED STATES OF AMERICA<br><br>- AGAINST -<br><br>MAHABUBUZ ZAMAN,<br><br>DEFENDANT. | 15-870-CR |
|---|---|

## AFFIRMATION OF ZACHARY MARGULIS-OHNUMA IN SUPPORT OF MOTION TO WITHDRAW APPEAL

I, Zachary Margulis-Ohnuma, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the attorney of record representing the defendant Mahabubuz Zaman in the above-captioned case. I submit this affirmation in support of Mr. Zaman's Motion to Withdraw Appeal.

2. I represented Mr. Zaman at trial. I was retained by Mr. Zaman.

3. I filed a Notice of Appeal on Mr. Zaman's behalf on March 25, 2015.

4.  I have consulted with Mr. Zaman regarding perfecting the appeal and he has indicated to me that he does not wish to perfect the appeal, as detailed below.

5.  In addition, Mr. Zaman is in arrears in legal fees and has not indicated any willingness or ability to pay me for work on the appeal. I do not know whether or not Mr. Zaman is presently indigent.

6.  After sentencing and before and after the judgment was entered, I repeatedly consulted with Mr. Zaman both in person and by mail about taking an appeal of his criminal conviction and sentence.

7.  In early April, 2015, Mr. Zaman advised me via the CorrLinks email system that he did not wish to appeal. Due to a law office oversight, I failed to preserve a copy of the email stating this, but I do recall that Mr. Zaman was clear in his statement.

8.  In order to attempt to comply with this Court's rules on withdrawing appeals in criminal cases, on April 13, 2015, I mailed Mr. Zaman a form for him to sign stating the following, all of which I believe to be true: "I, Mahabubuz Zaman, move to voluntarily dismiss my criminal appeal in the above-captioned case. My attorney, Zachary Margulis-

Ohnuma, has explained the effect of voluntary dismissal of the appeal. I understand Mr. Margulis-Ohnuma's explanation, and I desire to withdraw and voluntarily dismiss the appeal." I also sent a stamped, self-addressed envelope and spoke to Mr. Zaman's family asking them to tell him to return the form to me.

9. Mr. Zaman did not return the form to me.

10. I sent the form again with another stamped, self-addressed envelope on May 4, 2015. In that mailing, I included a letter urging Mr. Zaman to respond.

11. Mr. Zaman has not responded to either letter and so I am unable to provide the documentation required by the Courts rules.

12. Nonetheless, I believe that Mr. Zaman was absolutely clear with me that he does not wish to pursue an appeal.

13. In the alternative, if the appeal is not dismissed on this basis, I would ask the Court for leave to withdraw and that a nattorney be appointed pursuant to the Criminal Justice Act to clarify Mr. Zaman's wishes and to help him make an *in forma pauperis* application, if appropriate.

14. I have communicated with counsel for the government, who advise ….

15. For the foregoing reasons, I respectfully request that the Court grant the motion to withdraw the appeal or in the alternative, to grant me leave to withdraw as counsel for Mr. Zaman.

Dated:  New York, New York
        May 15, 2015

                                                    /s/
                                        _____
                                        Zachary Margulis-Ohnuma

4